**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Todd Joseph Hansen<br>   Araceli Hansen<br>          Debtor(s) | Case No. 13 B 05069 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/11/2013.

2) The plan was confirmed on 05/02/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/19/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2013, 03/25/2014.

5) The case was Dismissed on 04/17/2014.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,625.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,625.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,017.10 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $69.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,086.48** |

Attorney fees paid and disclosed by debtor:      $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allied Cash Advance | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| Alvin Dempsey | Unsecured | 3,871.00 | 4,261.98 | 4,261.98 | 0.00 | 0.00 |
| American Financial CRE | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 197.71 | 197.71 | 0.00 | 0.00 |
| AUM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank of New York Trust Co. | Unsecured | 6,700.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 665.00 | 1,061.00 | 1,061.00 | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| Chicago Department of Revenue | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Bureau Parking | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of East Chicago | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 1,000.00 | 1,301.20 | 1,301.20 | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | NA | 2,580.13 | 2,580.13 | 0.00 | 0.00 |
| Community Hospital | Unsecured | 0.00 | 724.80 | 724.80 | 0.00 | 0.00 |
| Community Hospital | Unsecured | 1,270.00 | 1,919.45 | 1,919.45 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,651.00 | 3,671.81 | 3,671.81 | 0.00 | 0.00 |
| Custom COLL SRVS INC | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Edfund | Unsecured | 6,715.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| FRDF/CBNA | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 254.00 | 236.60 | 236.60 | 0.00 | 0.00 |
| Hammond Clinic LLC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Johanna K. Manous, DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Corp. of America | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| MEA-Munster | Unsecured | 1,270.00 | 574.00 | 574.00 | 0.00 | 0.00 |
| MEA-Munster | Unsecured | 0.00 | 696.00 | 696.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Medical Specialists PC | Unsecured | 3,125.00 | 4,257.00 | 4,257.00 | 0.00 | 0.00 |
| Midwest Pediatric Cardiology | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Midwest Spinecare | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Munster Med, Research Fountain | Unsecured | 500.00 | 57.62 | 57.62 | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| NIPSCO | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| North Star Capital Acquisition | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Ocampo Medical Centers, LLC | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | 737.00 | 769.78 | 769.78 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 0.00 | 521.76 | 521.76 | 0.00 | 0.00 |
| Queen's Park Oval Asset Holding Trust | Secured | 117,863.00 | 127,436.47 | 127,436.47 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 24,780.00 | 29,451.91 | 29,451.91 | 0.00 | 0.00 |
| SBC Indiana | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SKO Brenner American, Inc. | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 3,209.00 | 2,994.10 | 2,994.10 | 477.57 | 60.95 |
| Sprint | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD Retail Card Services | Unsecured | 1,943.00 | 2,635.09 | 2,635.09 | 0.00 | 0.00 |
| The Mansards Apartments | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| The RoomPlace | Unsecured | 2,876.00 | NA | NA | 0.00 | 0.00 |
| United Credit Recovery | Unsecured | NA | 725.36 | 725.36 | 0.00 | 0.00 |
| Vardas Dental Center | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $127,436.47 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $2,994.10 | $477.57 | $60.95 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$130,430.57** | **$477.57** | **$60.95** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,643.20** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,086.48 |
| Disbursements to Creditors | $538.52 |
| **TOTAL DISBURSEMENTS** : | **$1,625.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2014            By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**